IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OPTIMORPHIX, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-1065 (MN) |
| | ) |
| ALPHABET INC. and GOOGLE LLC, | ) |
| | ) |
| Defendants. | ) |

**<u>STIPULATION OF DISMISSAL OF ALPHABET INC.</u>**

WHEREAS, Plaintiff OptiMorphix, Inc. ("OptiMorphix" or "Plaintiff") alleges that Defendants Google LLC ("Google") and Alphabet Inc. ("Alphabet") have infringed fourteen U.S. patents (D.I. 1);

WHEREAS, Google represents that Google is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet;

WHEREAS, Google represents that the Google products and services Plaintiff accuses of infringement in its Complaint (the "Accused Products"), *see, e.g.*, D.I. 1 at ¶¶ 123-124, 153-154, 180-181, 208-209, 231-232, 259-260, 284-285, 311-312, 335-336, 361-362, 387-388, 412-413, 438-439, and 464-465, are developed and distributed by Google and that Alphabet does not manufacture, sell, import, or use the Accused Products; and

WHEREAS, with respect to material controlled by Defendants, Google represents that Google has control over witnesses, documents, and other evidence relating to the Accused Products;

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties, subject to the approval of the Court, that OptiMorphix's claims against Alphabet are dismissed without prejudice.

| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ Brian P. Egan* |
| Stephen B. Brauerman (#4952)<br>Ronald P. Golden III (#6254)<br>600 North King Street, Suite 400<br>Wilmington, DE  19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>rgolden@bayardlaw.com | Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

January 5, 2024

SO ORDERED this _____ day of _____, 2023.

_____
United States District Judge