**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| OPTIMORPHIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No. 1:23-cv-1065-MN <br><br> **JURY TRIAL DEMANDED** |

**STIPULATION TO STAY**

IT IS HEREBY STIPULATED AND AGREED between Plaintiff OptiMorphix, Inc. ("Plaintiff") and Defendant Google LLC ("Defendant") by the undersigned counsel, subject to the approval of the Court, that Plaintiff and Defendant request a stay of this action to continue working on a non-judicial disposition of this action. The parties expect to file dismissal papers within thirty (30) days upon the Court's approval of this Stipulation to Stay.

1

Dated: April 29, 2024

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Ronald P. Golden III* | */s/ Brian P. Egan* |
| Stephen B. Brauerman (#4952) | Jack B. Blumenfeld (#1014) |
| Ronald P. Golden III (#6254) | Brian P. Egan (#6227) |
| 600 N. King Street, Suite 400 | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 655-5000 | Wilmington, DE 19899 |
| sbrauerman@bayardlaw.com | (302) 658-9200 |
| rgolden@bayardlaw.com | jblumenfeld@morrisnichols.com |
| | began@morrisnichols.com |
| *Attorneys for Plaintiff OptiMorphix, Inc.* | *Attorneys for Defendant Google LLC* |

**IT IS SO ORDERED** this _____ day of _____, 2024:

_____
THE HONORABLE MARYELLEN NOREIKA
UNITED STATES DISTRICT JUDGE